UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

JUL · 1 2 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SHARON JOE, | ) |
| | ) |
| Defendant. | ) |

# 4:17CR311 JAR/PLC

## INDICTMENT

## COUNT ONE

The Grand Jury charges:

On or about February 1, 2012, within the Eastern District of Missouri, the defendant,

**SHARON JOE,**

did embezzle, steal, purloin, or knowingly convert to her use, and the use of others, money of the

United States or of any department or agency thereof, or any property made or being made under

contract for the United States or any department or agency thereof, to wit: $698.00 in the form of

Social Security Administration Supplemental Security Income benefit payments.

In violation of Title 18, United States Code, Section 641.

## COUNT 2

The Grand Jury further charges that:

On or about March 7, 2012, within the Eastern District of Missouri, the defendant,

## SHARON JOE,

did embezzle, steal, purloin, or knowingly convert to her use, and the use of others, money of the

United States or of any department or agency thereof, or any property made or being made under

contract for the United States or any department or agency thereof, to wit: $637.00 in the form of

Social Security Administration Supplemental Security Income benefit payments.

In violation of Title 18, United States Code, Section 641.

A TRUE BILL.


_____

FOREPERSON


CARRIE A. COSTANTIN
Acting United States Attorney


_____

TRACY LYNN BERRY, #014753TN
Assistant United States Attorney

2